UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT TICKNOR, et al.,**<br>    **Plaintiffs** | **CIVIL ACTION** |
| **VERSUS** | **No. 12-1151** |
| **ROUSES ENTERPRISES, LLC,**<br>    **Defendant** | **SECTION "E"** |

### ORDER

It has come to the Court's attention that Civil Action No. 12-2964, *Evanston Insurance v. Rouse's Enterprises, LLC, et al.*, is related to the above-captioned case.

Accordingly, **IT IS ORDERED** that these two cases be and hereby are **CONSOLIDATED** for purposes of discovery. The cases will be tried separately unless otherwise ordered by the Court.

Pursuant to the Court's directive, all pleadings hereafter filed in this consolidated proceeding shall bear the caption of the lead consolidated case set forth above, together with the docket number of all cases within the consolidation to which the document applies or the notation "ALL CASES" if it applies to all cases.

The Clerk of Court is directed to establish a master file and a master docket sheet for the consolidated group of cases.

All entries shall be made on the master docket sheet only, with a notation listing the cases to which the document applies, except that orders and documents terminating a party or disposing of a case will also be entered on the individual docket sheet. All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of a case will also be filed in the record of the individual case.

In the event that a case is separated from the consolidated group, it shall be the responsibility of counsel to jointly designate the documents necessary to the continued litigation of the separated case and to file such designation and copies of the documents in the separated case.

**New Orleans, Louisiana, this __5th__ day of April, 2013.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**