## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT TICKNOR, et al.,**<br>    **Plaintiffs** | **CIVIL ACTION** |
| | **No. 12-1151** |
| **VERSUS** | |
| | **SECTION "E"** |
| **ROUSES ENTERPRISES, LLC,**<br>    **Defendant** | **This document applies to 12-1151** |

### PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs, by and through undersigned counsel, hereby file this Motion for Class Certification. For all of the reasons provided in the accompanying memorandum of law, Plaintiffs' Motion for Class Certification should be granted.

Dated: December 24, 2013          Respectfully submitted,

**HERMAN, HERMAN & KATZ, LLP**

By: */s/ Soren E. Gisleson*
   Russ M. Herman (La. # 6819)
   Stephen J. Herman (La. # 23129)
   Soren E. Gisleson (La. # 26302)
   820 O'Keefe Avenue
   New Orleans, Louisiana 70113
   Tel: (504) 581-1892
   Fax: (504) 561-6024
   rherman@hhkc.com
   sherman@hhkc.com
   sgisleson@hhkc.com

   M. Ryan Casey (La. # 31092)
   Brian T. Ku (*pro hac vice*)
   **KU & MUSSMAN, P.A.**
   12550 Biscayne Blvd., Suite 406
   Miami, Florida 33181
   Tel: (305) 891-1322
   Fax: (305) 891-4512
   ryan@kumussman.com

1

Andrew D. Bizer (La. # 30396)
**BIZER LAW FIRM, LLC**
757 St. Charles Ave., Suite 302
New Orleans, Louisiana 70130
Tel: (504) 619-9999
Fax: (504) 592-3300
andrew@bizerlaw.com

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on December 24, 2013, I electronically filed the foregoing with the Clerk of Court by using the Court's CM/ECF system which will send notice of electronic filing to all counsel of record in this matter.

 */s/ Soren E. Gisleson*
Soren E. Gisleson, Esq.